# GOTTLIEB & ASSOCIATES PLLC
## ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795   www.gottlieblaw.net

June 10, 2026

**VIA ECF**

The Honorable Sidney H. Stein
United States District Court Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

      Re:    *Knowles v. Nester Hosiery, LLC*
               Case No.: 1:26-cv-2371

Dear Judge Stein,

We represent Plaintiff in the above-referenced matter. We write respectfully to request a 30-day adjournment of the Initial Pretrial Conference currently scheduled for June 18, 2026 at 12:00 p.m.

Plaintiff has conferred with counsel for Defendant, and the parties agree that a brief adjournment would be helpful to allow them to discuss a potential resolution of this matter before the conference. This is Plaintiff's first request for an adjournment of the Initial Pretrial Conference. No prior deadlines would be affected by this request.

Accordingly, Plaintiff respectfully requests that the Initial Pretrial Conference be adjourned for approximately 30 days, or to such other date as is convenient for the Court.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC
*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

cc: All counsel of record via ECF

**The conference is adjourned to July 16, 2026, at 2:30 p.m.**

**Dated: New York, New York**
       **June 10, 2026**

**SO ORDERED:**

**Sidney H. Stein, U.S.D.J.**